

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00332-CV

| | | |
|---|---|---|
| MATTHEW KNORR, Appellant | § | On Appeal from the 231st District Court |
| | § | |
| V. | | of Tarrant County (231-448419-08) |
| | § | |
| | | September 23, 2021 |
| MARILYNN MARIE KNORR, Appellee | § | |
| | | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Matthew Knorr shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
Justice Wade Birdwell